## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed on June 16, 2015 through the ECF system, will be served electronically through the ECF System to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on June 16, 2015.

_____
Alan L. Frank